**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PAUL MERCADO,

    Plaintiff,

vs.                                                    CASE NO. 6:07-CV-1238-ORL-19KRS

FLORIDA MULCH, INC.,
WILLARD PALMER,

    Defendants.
_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 19, filed March 20, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 19) is **ADOPTED and AFFIRMED.** The Parties Joint Notice of Confidential Settlement (Doc. No. 18), filed January 16, 2008 is **GRANTED IN PART.** The amount received by Plaintiff Paul Mercado is a fair and reasonable resolution of a bona fide dispute over FLSA provisions. This case is **DISMISSED WITH PREJUDICE,** and the Court does not reserve jurisdiction to enforce the settlement agreement. The Clerk of Court is directed to **CLOSE THIS FILE.**

**DONE AND ORDERED** at Orlando, Florida, this ___9th___ day of April, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Counsel of Record